**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Christopher Eastman BROWN, Defendant–Appellant.**

No. 07–30372.

United States Court of Appeals, Ninth Circuit.

Submitted July 14, 2009.*

Filed July 23, 2009.

Jennifer Jane Martin, Assistant U.S., Amy Potter, Assistant U.S., Office of the U.S. Attorney, Portland, OR, for Plaintiff–Appellee.

Christopher Eastman Brown, Nahcotta, WA, pro se.

Before: SCHROEDER, THOMAS, and WARDLAW, Circuit Judges.

MEMORANDUM **

Christopher Eastman Brown, a former federal prisoner, appeals pro se from the district court's order denying his petition for a writ of error coram nobis. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo, *see United States v.*

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

*Riedl,* 496 F.3d 1003, 1005 (9th Cir.2007), and we affirm.

Brown contends that his conviction for violating 21 U.S.C. § 841(a) is invalid because the Attorney General has not promulgated any regulations to implement the statute. This contention lacks merit. *See generally United States v. Kwan,* 407 F.3d 1005, 1011 (9th Cir.2005).

**AFFIRMED.**